Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 MAY -7 AM 11: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: Born

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
v. PLAINTIFF

Keren ORELLANA-Garcia

USMS# ______ DEFENDANT

CASE NUMBER: 2:26-mj-02611

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on May 6, 2026 at 07:15 ☑ AM ☐ PM
   or
   The defendant was arrested in the ______ District of ______ on ______ at ______ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No
4. Charges under which defendant has been booked:
   21USC841(a)(1)
5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☐ No ☑ Yes Language: Spanish
7. Year of Birth: 1994
8. Defendant has retained counsel: ☑ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: Fernando Basulto
10. Remarks (if any): ______
11. Name: Jason Willock (please print)
12. Office Phone Number: 213.925.6796
13. Agency: DEA
14. Signature: JASON WILLOCK Digitally signed by JASON WILLOCK Date: 2026.05.07 11:14:54 -07'00'
15. Date: 5/7/2026