TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
SEBASTIAN BELLM (Cal. Bar No. 359407)
Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0119
Facsimile: (213) 894-0141
E-mail: sebastian.bellm@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEREN ORELLANA-GARCIA,<br><br>Defendant. | No. 2:26-CR-00335-CV<br><br><u>NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE INDICTMENT AGAINST DEFENDANT KEREN ORELLANA-GARCIA PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)</u> |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, Assistant United States Attorney Sebastian Bellm, hereby moves to dismiss without prejudice its indictment against defendant KEREN ORELLANA-GARCIA ("defendant") in the above-captioned case.

On or about June 23, 2026, defendant was ordered removed from the United States by an Immigration Judge with the Executive Office of Immigration Review. The United States moves to dismiss the indictment without prejudice against defendant in the interests of

justice under Federal Criminal Rule 48(a). The government respectfully submits that dismissal without prejudice is appropriate, as it preserves the interests of justice and the government’s ability to proceed should circumstances warrant. On July 1, 2026, counsel for defendant, Carlos Juarez, informed the government that he does not oppose this motion.

Dated: July 1, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/
SEBASTIAN BELLM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA